JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAMES KEATING, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC. <br><br> Defendant. | Case No. <br><br> 2:20-cv-04148-DSF-JEM <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

    IT IS SO ORDERED.

DATED:  March 12, 2021

                                                                Honorable Dale S. Fischer <br>
                                                                 UNITED STATES DISTRICT JUDGE